UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61608-CIV-COHN/SELTZER

LAUREN MINNITI, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

STRAX WELLNESS CENTER, LLC,
STRAX REJUVENATION AND
AESTHETICS INSTITUTE, LLC,
JADE HOLDINGS GROUP, LLC,
and ALBERT A. AUER,

    Defendants.

_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal [DE 33] ("Stipulation").  The Court has reviewed the Stipulation and the record in this case, and is otherwise advised in the premises.  It is thereupon

**ORDERED AND ADJUDGED** that the Stipulation of Dismissal [DE 33] is **APPROVED**.  Plaintiff's individual claims are **DISMISSED with prejudice**, and the proposed Class' claims are **DISMISSED without prejudice**.  The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of November, 2015.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF